# Exhibit 7



US00D563325S

## (12) United States Design Patent
### Takach et al.

(10) Patent No.: **US D563,325 S**
(45) Date of Patent: ⁑⁑ **Mar. 4, 2008**

(54) **HVAC CONTROL DEVICE**

(75) Inventors: **Eugene J. Takach**, Eden Prairie, MN (US); **Pavel Marak**, Brno (CZ); **Ronaldo Fernandez Carreon**, Minneapolis, MN (US)

(73) Assignee: **Honeywell International Inc.**, Morristown, NJ (US)

(⁑⁑) Term: **14 Years**

(21) Appl. No.: **29/279,243**

(22) Filed: **Apr. 24, 2007**

(51) **LOC (8) Cl.** ................................................. **13-03**
(52) **U.S. Cl.** ................................................... **D13/162**
(58) **Field of Classification Search** ............... D13/152, D13/158–162, 173, 176, 177, 178, 184; 236/11, 236/49.3, 1 C, 1 B; 165/205, 208, 209, 217; 700/277
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 5,860,473 A | 1/1999 | Seiden |
| D449,279 S | 10/2001 | Takach, Jr. et al. |
| D454,544 S | 3/2002 | Takach, Jr. et al. |
| D480,366 S * | 10/2003 | Alcantar et al. ........... D13/162 |
| 2005/0288824 A1 | 12/2005 | Fisher |

OTHER PUBLICATIONS

"Comfort System Z-600 Zone Control", Jackson Systems, LLC www.jacksonsystems.com,(at least as early as Dec. 29, 2006.),4 pages.

(Continued)

*Primary Examiner*—Antoine D. Davis

(57) **CLAIM**

The ornamental design for an HVAC control device, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a first embodiment of an HVAC control device with the front surface facing the viewer.

FIG. **2** is a front elevation view of the first embodiment of the HVAC control device oriented with the top of the device at the top of the page.

FIG. **3** is a top elevation view of the first embodiment of the HVAC control device. The bottom elevation view is a mirror image of the top elevation view.

FIG. **4** is a left side elevation view of the first embodiment of the HVAC control device.

FIG. **5** is a right side elevation view of the first embodiment of the HVAC control device.

FIG. **6** is a perspective view of a second embodiment of an HVAC control device with the front surface facing the viewer.

FIG. **7** is a front elevation view of the second embodiment of the HVAC control device oriented with the top of the device at the top of the page.

FIG. **8** is a top elevation view of the second embodiment of the HVAC control device. The bottom elevation view is a mirror image of the top elevation view.

FIG. **9** is a left side elevation view of the second embodiment of the HVAC control device; and,

FIG. **10** is a right side elevation view of the second embodiment of the HVAC control device.

The rear view of the HVAC control device forms no part of the claimed design.

The broken line environmental structures form no part of the claimed design. No claim is made to the texture or surface finish of the embodiments shown in the Figures.

**1 Claim, 8 Drawing Sheets**



OTHER PUBLICATIONS

"DIGI3U", Zonex Systems 3-Zone Universal Controller for G/E or Heat Pump Applications www.xonexsystems.com,(at least as early as Nov. 2, 2006);2 pages.
"DuroZone ED3 Zoning Panel", www.durodyne.com,(2004),2 pages.
"Electronic Controls—Zone Control Family", *Taco Catalog #100-5.0*, Taco Hydronic Components & Systems www.taco-hvac.com,(Sep. 1, 2003),4 pages.
"EMM-3 Electronic MiniZone Panel", *68-3041-2 G.H. Rev. 10-02*, Honeywell www.honeywell.com/yourhome,(Oct. 2002),pp. 1-12.
"EMM-3U Universal Electronic MiniZone Panel", *68-0237-2 G.H. Rev. 11-02*, Honeywell www.honeywell.com/yourhome,(Nov. 2002),pp. 1-16.
"Homeowner's Manual—Harmony III Zone Control System", Controls 505,024M /01/05, (Jan. 2005),pp. 1-6.
"Installation, Start-Up and Configuration Instructions", *Catalog No. 533-30011*, Carrier 3Vtm Control System/VVT Zone Controller/Pressure Dependent Control Part No. 33ZCVVTZC-01,(2004),pp. 1-14.
"Lennox Harmony III Zoning System", (*83M77*) *HIII 5/05*, www.lennox.com,(2005),4 pages.
"Mini-Masterzone Zoning System—3 Zones", *Form 2233-060321*, Zonefirst MMZ3 Installation and Operating Instructions www.zonefirst.com,(2003),4 pages.
"Owner's Manual", Aprilaire—Model 6504 www.aprilaire.com,(at least as early as Nov. 2, 2006.),pp. 1-12.
"Product Catalog", Arzel Zoning Technology, Inc. www.arzelzoning.com,(2006),pp. 1-8.
"Siemens 3-144", *CE1N3144en 13.02.2006*, KNX Synco 700 Universal Controllers RMUZ Building Technologies, HVAC Products Universal controllers RMU710, RMU720, RMU730,(Feb. 13, 2006),pp. 1-15.
"SlimZone Premier Zone Control Panel", Robertshaw Climate Controls Americas www.icca.invensys.com,(2004),35 pages.
"SmartZone System Manual", *P/N 220022-02*, CI Controls www.xcicontrols.com,(Oct. 3, 2005),pp. 1-20.
"Technical Bulletin", EWC Controls, Inc. TB-206—Model NCM 300 Zone Control System www.ewccontrols.com,(2000),pp. 1-12.
"Tracker—Tracker Version 12—Building Automation System", *BAS-PRC010-EN File No. PL-ES-BAS-000-PRC010-0503*, Trane www.trane.com,(May 2003),pp. 1-32.
"TZ-4 TotalZone Zone Control Panel", *68-0259-1 G.H. Rev. 12-02*, Honeywell www.honeywell.com/yourhome,(Dec. 2002),pp. 1-20.
"WR—CZ-4 Master Control Panel", www.white-rodgers.com,(at least as early as Dec. 29, 2006.), pp. 246-253.

* cited by examiner



*FIG. 1*



FIG. 2



FIG. 3



FIG. 4	FIG. 5



*FIG. 6*



*FIG. 7*



*FIG. 8*




FIG. 9        FIG. 10