# Exhibit 14

| Claim 1 of U.S. D563,325 | Aprilaire Zoned Comfort Control Panel |
|---|---|
| The ornamental design for an HVAC control device, as shown and described. | |
| Figure 1: | |

1



Figure 2:

Figure 3:

2

