**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| ADEMCO INC., | ) |
|                 Plaintiff, | ) Case No. 3:17-cv-723-wmc |
|    v. | ) **JURY TRIAL DEMANDED** |
| RESEARCH PRODUCTS CORPORATION, | ) |
|                 Defendant. | ) |

**STIPULATION AND ORDER OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Ademco Inc. ("Ademco") and Defendant Research Products Corporation ("RPC") hereby stipulate and agree to a dismissal with prejudice of any and all claims and counterclaims in this action. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: January 22, 2019

| | |
|---|---|
| HUSCH BLACKWELL LLP<br>*Attorneys for Plaintiff Ademco Inc.* | FOLEY & LARDNER LLP<br>*Attorneys for Defendant Research Products Corporation* |
| */s/ Thomas P. Heneghan*<br>Thomas P. Heneghan<br>State Bar No. 1024057<br>33 East Main Street, Suite 300<br>Madison, WI 53701<br>(608) 234-6032<br>tom.heneghan@huschblackwell.com | */s/ Stephan J. Nickels*<br>Naikang Tsao, SBN 1036747<br>Stephan J. Nickels, SBN 1036591<br>Megan R. Stelljes, SBN 1092714<br>150 East Gilman Street<br>P.O. Box 1497<br>Madison, Wisconsin 53701-1497<br>Telephone: (608) 257-5035<br>Email: ntsao@foley.com |

Gregg F. LoCascio, P.C.
Sean M. McEldowney
Anders P. Fjellstedt
Abigail E. Lauer
Brian H. Gold
KIRKLAND & ELLIS LLP
655 Fifteenth St., N.W.
Washington, DC 20005
(202) 879-5000
gregg.locascio@kirkland.com
sean.mceldowney@kirkland.com
anders.fjellstedt@kirkland.com
abigail.lauer@kirkland.com
brian.gold@kirkland.com